IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TSM SKYLINE EXHIBITS, INC.**, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **SABRE TECHNOLOGIES, L.P.**, | § | Civil Action No. **3:09-CV-392-L** |
| | § | (Case No. 08-32793-BJH) |
| Plaintiff, | § | (Adversary No. 08-3463) |
| | § | |
| v. | § | |
| | § | |
| **TSM SKYLINE EXHIBITS, INC., et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff's Motion to Withdraw Reference, filed March 2, 2009. On July 16, 2009, the Report and Recommendation ("Report") was filed. Chief United States Bankruptcy Judge Barbara Houser believes that this lawsuit should be tried in state court, but she is unwilling to disregard the prior ruling by the United States District Court for the Southern District of Texas, which denied the motion to remand. Therefore, Chief Judge Houser recommends that the district court withdraw the reference of the adversary proceeding for possible reconsideration of the motion to remand. Having reviewed the motion, the Report, and the applicable law, the court agrees with the bankruptcy judge's recommendation. Accordingly, the court **grants** Plaintiff's Motion to Withdraw Reference, and the reference of the adversary proceeding to the bankruptcy court is hereby **withdrawn**.

Order – Page 1

No briefing on the remand issue is currently before the court.  In light of Judge Houser's concern regarding this issue, Plaintiff is hereby **directed** to file a motion to remand no later than **Friday, September 11, 2009**, **5:00 p.m.**  Defendant shall file its response, and Plaintiff shall file a reply as it deems necessary, in accordance with the local rules.

**It is so ordered** this 25th day of August, 2009.

Sam A. Lindsay
United States District Judge

Order – Page 2